IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| THE DIANE INGALLS-REID FAMILY TRUST,<br><br> Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP; MORTGAGE ELECTRONIC SYSTEMS, INC.; MERIDIAS CAPITAL, INC.; and DOES OF UNKNOWN NUMBER;<br><br> Defendants. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANTS' MOTION TO DISMISS<br><br><br><br>Case No. 2:11-CV-20 TS |

  The Court has before it Defendants BAC Home Loans Servicing, L.P. and Mortgage Electronic Registration Systems, Inc.'s (collectively, "Defendants") Motion to Dismiss Plaintiff's Complaint pursuant to Fed.R.Civ.P. 12(b)(6).[1] Defendants contend that each of the causes of action alleged in the Complaint have been repeatedly rejected by this Court and rely upon meritless misinterpretations of case law and Utah statutes. In response, Plaintiff admits that this Court has repeatedly rejected related claims, but argues that the claims raised in Plaintiff's

---

[1]Docket No. 14.

1

Complaint are distinguishable from these precedents. In reviewing Plaintiff's arguments, however, the Court finds no meaningful distinction between this cause of action and the numerous actions the Court has previously dismissed. As persuasively demonstrated by Defendants in their memoranda, the present claims have been considered, and rejected, by this Court. The Court, therefore, finds no reason to depart from its prior holdings that these claims fail as a matter of law.

Because Plaintiff has failed to plead a cause of action upon which relief may be granted, it is therefore

ORDERED that Defendants' Motion to Dismiss (Docket No. 9) is GRANTED.

DATED   May 2, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge